No. 81–5033.  McMILLION v. MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 81–5034.  MORRELL v. LOUISIANA STATE BAR ASSN. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 81–5040.  GULLETT, AKA WOODRING v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 81–5041.  GONZALES-PALMA v. UNITED STATES. C. A. 10th Cir.  Certiorari denied.

No. 81–5042.  LEON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 81–5045.  USHER v. NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 81–5049.  LAY v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 81–5051.  IN RE McGEAN.  Ct. App. D. C.  Certiorari denied.

No. 81–5053.  LEVY v. UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 81–5054.  PHILLIPS v. SLAUGHTER, CLERK, FOURTH JUDICIAL CIRCUIT COURT OF FLORIDA, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 81–5055.  QUINONES v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 81–5057.  WORRELL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.